# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | |
|---|---|
| YOLANDA LAVELL KAISER, ) | |
| ID # 32626-177, ) | |
|       Movant, ) | |
| vs. ) | No. 3:15-CR-42-M |
| ) | |
| UNITED STATES OF AMERICA, ) | |
|       Respondent. ) | |

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION
## OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge for plain error, I am of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court.

For the reasons stated in the Findings, Conclusions, and Recommendation of the United States Magistrate Judge, the defendant's motion (doc. 52), liberally construed as a motion to modify her sentence under 18 U.S.C. § 3582(c), is **DENIED**.

**SIGNED this 13th day of November, 2018.**

**BARBARA M. G. LYNN**
**CHIEF JUDGE**